# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 11, 2013

### NO. 03-13-00187-CV

**Roccella Carrozza Grisebaum, Appellant**

**v.**

**John David Grisebaum, Appellee**

---

**APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
DISMISSED ON APPELLANT'S MOTION -- OPINION BY CHIEF JUSTICE JONES**

---

**THIS DAY** came on to be submitted to this Court appellant's motion to dismiss the appeal in the above cause, and the Court having fully considered said motion, and being of the opinion that same should be granted:  **IT IS THEREFORE** considered, adjudged and ordered that said motion is granted, and that the appeal is dismissed.  It is **FURTHER** ordered that each party shall bear their own costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.